**People of the State of Illinois, Plaintiff-Appellee, v. William A. Bathurst, Defendant-Appellant.**

**Gen. No. 53,975. (Abstract of Decision.)**

First District, Second Division.

November 12, 1969.

Harvey M. Sheldon, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Francis X. Riley, Special Assistant State's Attorney, and Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.